ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| General Electric Aviation | )  ASBCA No. 61999 |
| | ) |
| Under Contract No. H92238-05-C-0002 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:     Richard C. Johnson, Esq.
Armani Vadiee, Esq.
Daniel H. Ramish, Esq.
Gregory A. Smith, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Amelia R. Lister-Sobotkin, Esq.
Adrianne L. Goins, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 12, 2022

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61999, Appeal of General Electric Aviation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals